No. 198, Misc.   HOUSTON *v.* SUPERIOR COURT IN AND FOR THE COUNTY OF BUTTE, CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 203, Misc.   ESTES *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 207, Misc.   PETROSKI *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 208, Misc.   SPARACINO *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 209, Misc.   WILLIAMS *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 210, Misc.   MELL *v.* WASHINGTON.   Supreme Court of Washington.   Certiorari denied.

No. 135, Misc.   CHORAK ET AL. *v.* R. K. O. RADIO PICTURES, INC. ET AL.   C. A. 9th Cir.   Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE REED, and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.   *Alfred C. Ackerson* for petitioners.   *Eugene D. Williams* for respondents.

No. 187, Misc.   BERTRAND *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c).